**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Valdes Jr.,

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj8510 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **ERNESTO VALDES, JR.,** ) | |
| Defendant. ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

      Respectfully submitted,

Dated: June 10, 2008

      s/ *Michelle Betancourt*
      **MICHELLE BETANCOURT**
      Federal Defenders of San Diego, Inc.
      Attorneys for Defendant
      michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
michelle_betancourt@fd.org
5

6  Attorneys for Mr. Valdes, Jr.,

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     )   Case No. 08mj8510
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )   PROOF OF SERVICE
                                  )
14 | **ERNESTO VALDES JR.**,       )
                                  )
15 |         Defendant.            )
                                  )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18  best of her information and belief, and that a copy of the foregoing document has been served via

19  CM/ECF this day upon:

20         Assistant United States Attorney
           efile.dkt.gc1@usdoj.gov
21

22  Dated: June 10, 2008                        *s/ Michelle Betancourt*
                                                MICHELLE BETANCOURT
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
25                                              (619) 687-2666 (fax)
                                                e-mail: michelle_betancourt@fd.org
26

27

28