08 JUL -2 PM 2:28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

**'08 CR 2204 IEG**

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) <u>I N D I C T M E N T</u> |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| ERNESTO VALDEZ JR., | ) 960 - Importation of Cocaine; |
| | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) Possession of Cocaine with Intent |
| | ) to Distribute |

The grand jury charges:

<u>Count 1</u>

On or about June 5, 2008, within the Southern District of California, defendant ERNESTO VALDEZ JR. did knowingly and intentionally import 5 kilograms and more, to wit: approximately 23.76 kilograms (52.27 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CEM:fer:Imperial
6/30/08

<u>Count 2</u>

On or about June 5, 2008, within the Southern District of California, defendant ERNESTO VALDEZ JR. did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 23.76 kilograms (52.27 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney