KAREN P. HEWITT
United States Attorney
CAROLINE P. HAN
Assistant U.S. Attorney
California State Bar No. 250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Phone: (619) 557-5220
Fax: (619) 235-2757
E-mail: caroline.han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2204-IEG |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S MOTION FOR** |
| ) | **RECIPROCAL DISCOVERY:** |
| v. ) | |
| ) | |
| ERNESTO VALDES, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | Date:  August 11, 2008 |
| ) | Time:  2:00 p.m. |
| _____ ) | Court:  The Hon. Irma E. Gonzalez |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney Caroline P. Han, and hereby files its Motion for Reciprocal Discovery. This Motion is based upon the files and records of this case, together with the attached Statement of Facts and Memorandum of Points and Authorities.

/ /

/ /

/ /

/ /

/ /

/ /

Criminal Case No. 08CR2204-IEG

**I**

**STATEMENT OF FACTS**

On June 5, 2008 at approximately 8:33 am, the defendant attempted to enter the United States at the Calexico West Port of Entry as the driver and sole visible occupant of a 2000 Toyota Tacoma truck bearing California license plate 8P69809. During primary inspection, Customs and Border Protection (CBP) Inspector Ramos observed that the defendant provided him with a copy of his U.S. Passport. Inspector Ramos observed that the defendant provided a negative customs declaration, and observed that the defendant told him that he was dropping off his mom in Mexicali because one of his relatives was sick. The defendant also stated that he was going to San Diego. Inspector Ramos then tapped the spare tire, and observed that it felt solid. In addition, Inspector Ramos observed that there was only one key on the key chain in the ignition. Thereafter, Inspector Ramos referred the defendant to secondary inspection.

During secondary inspection, CBP Inspector Tarin observed that the defendant again gave a negative customs declaration. Inspector Tarin asked the defendant about the vehicle, where the defendant resided and the purpose of his travel. The defendant responded that he had owned the vehicle for two weeks that he resides in San Diego. The defendant also added that he had gone to Mexicali to drop off his mother because his grandmother had died. Inspector Tarin also observed that the spare tire tapped solid. In addition, a narcotics detector dog alerted to the defendant's vehicle. The defendant then patted down for weapons and taken into an office. Inspector Tarin eventually punctured the tire, and observed that there were 20 packages containing a substance appearing to be cocaine therein. The packages weighed approximately 23.76 kilograms or 52.27 pounds. Thereafter, the defendant was placed under arrest.

The defendant was advised of his Miranda rights and invoked his right to remain silent.

## II

## GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

### (1) All Evidence That The Defendant Intend To Introduce In Their Cases-In-Chief

Since the Government will honor the defendant's requests for disclosure under Rule 16(a)(1)(E), the Government is entitled to reciprocal discovery under Rule 16(b)(1). Pursuant to Rule 16(b)(1), requests that the defendant, photographs, tangible objects, or make copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intend to introduce as evidence in his case-in-chief at trial.

The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession and control of the defendant, which they intend to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom the defendant intend to call as a witness. The Government also requests that the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the Government receives the reciprocal discovery to which it is entitled.

### (2) Reciprocal Jencks – Statements By Defense Witnesses (Other Than The Defendant)

Rule 26.2 provides for the reciprocal production of Jencks material. Rule 26.2 requires production of the prior statements of all witnesses, except a statement made by the defendant. The time frame established by Rule 26.2 requires the statements to be provided to the Government after the witness has testified. However, to expedite trial proceedings, the Government hereby requests that the defendant be ordered to provide all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and reports.

### III

### **CONCLUSION**

For the foregoing reasons, the Government requests that the Court deny the defendant's motions, except where unopposed, and grant the Government's motion for reciprocal discovery.

DATED: August 4, 2008

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        /s/ *Caroline P. Han*
                                        CAROLINE P. HAN
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2204-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| ERNESTO VALDES, JR., | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Michelle Betancourt
*Attorney for the defendant*

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2008.

/s/ *Caroline P. Han*
_____
CAROLINE P. HAN